### WILSON, administratrix, *v.* BUSH.

BECK, P. J. The evidence in the case demanded a verdict for the plaintiff, and the court did not err in directing the verdict in his favor.

*Judgment affirmed. All the Justices concur.*

No. 2567.   DECEMBER 13, 1921.

Complaint for land.   Before Judge Worrill.   Miller superior court.   March 19, 1921.

*W. I. Geer,* for plaintiff in error.

*Pottle & Hofmayer,* contra.